█ Fernando Vazquez, Respondent, v Main Street USA Real Estate Group A, LLC, Appellant. [932 NYS2d 418]—█

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Fahey, J.P., Carni, Sconiers, Gorski and Martoche, JJ.

█ In the Matter of Livingston County, Appellant, v Livingston County Coalition of Patrol Services, Respondent. [932 NYS2d 757]—█

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Fahey, J.P., Carni, Sconiers, Gorski and Martoche, JJ.